DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

GEORGE S. GEORGIOU,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0614

_____

February 13, 2026

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Blair Allen, Public Defender, and Terri L. Backhus, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Clara V. Murga, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LUCAS, C.J, and NORTHCUTT and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.